Decided October 13, 1994

UNITED STATES FIDELITY AND GUARANTY COMPANY ET AL. *v.* LORENZO PITRUZZELLO ET AL.

LORENZO PITRUZZELLO ET AL. *v.* UNITED STATES FIDELITY AND GUARANTY COMPANY ET AL.

TROY KREDER ET AL. *v.* UNITED STATES FIDELITY AND GUARANTY COMPANY ET AL.

The United States Fidelity and Guaranty Company's petition for certification for appeal from the Appellate Court, 35 Conn. App. 638 (AC 12821), is denied.

*Lester Katz,* in support of the petition.

*John Serrano,* in opposition.

Decided October 13, 1994

STATE OF CONNECTICUT *v.* PHILIP F. WIELER II

The defendant's petition for certification for appeal from the Appellate Court, 35 Conn. App. 566 (AC 11428/11429), is granted, limited to the following issue:

"Does the crime of larceny by embezzlement require an intent to permanently deprive another of his property?"

The Supreme Court docket number is SC 15091.

*Ira B. Grudberg* and *David A. Leff,* in support of the petition.

*Jack W. Fischer,* assistant state's attorney, in opposition.

Decided October 20, 1994